# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MARK GATSON, an individual; and JUSTIN BEARDSLEY, an individual,<br><br>Defendants. | No. 2:21-cv-09513-JAK-PVC<br><br>**ORDER RE STIPULATION FOR DEPOSIT, RELEASE AND DISMISSAL (DKT. 15)**<br><br>JS-6 |

Based on a review of the parties' Stipulation for Deposit, Release and Dismissal (the "Stipulation" (Dkt. 15)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**. The parties have agreed to resolve the present action on the following terms: (a) Plaintiff will deposit the disputed life insurance proceeds that are the subject of this litigation with a third party; (b) Defendants Mark Gatson and Justin Beardsley will release Plaintiff; and (c) Plaintiff will waive any request for reimbursement of its reasonable attorney's fees and costs in connection with bringing this action. *See* Dkt. 15. The action is dismissed without prejudice.

/ /

**IT IS SO ORDERED.**

DATED:  March 21, 2022

_____
John A. Kronstadt
United States District Judge